Form oreoptro

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Hassan N Awan     *Case No.:* 13–71508
*Debtor*

*Chapter:* 7

## *ORDER*

    It appearing that the above entitled case was closed 11/29/2013 , and it further appearing that the case should be reopened and that the appointment of a trustee is necessary to protect the interests of creditors and the debtor(s) and to insure efficient administration of the case;

**NOW, THEREFORE, IT IS ORDERED**, that this case be reopened and the United States Trustee is authorized to appoint a trustee pursuant to Fed. R. Bank. P. 5010. If the appointed trustee recovers assets, the reopening fee of $260.00 should be paid by the estate.

**Entered:** 2/21/17

                                                     /S/   Mary P. Gorman
                                                 United States Bankruptcy Judge

    Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.