Form oreoptro

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

***In Re:*** Hassan N Awan
***Debtor***

***Case No.:*** 13−71508

***Chapter:*** 7

# *ORDER*

It appearing that the above entitled case was closed 11/29/2013 , and it further appearing that the case should be reopened and that the appointment of a trustee is necessary to protect the interests of creditors and the debtor(s) and to insure efficient administration of the case;

**NOW, THEREFORE, IT IS ORDERED**, that this case be reopened and the United States Trustee is authorized to appoint a trustee pursuant to Fed. R. Bank. P. 5010. If the appointed trustee recovers assets, the reopening fee of $260.00 should be paid by the estate.

**Entered:** 2/21/17

/S/ Mary P. Gorman
United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:
Hassan N Awan
Debtor

Case No. 13-71508-mpg
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0753-3 User: lcro Page 1 of 1 Date Rcvd: Feb 21, 2017
Form ID: oreoptro Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
db #+Hassan N Awan, 702 N. Bruns Lane, Apt. Q, Springfield, IL 62702-3556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:

Kevin Linder on behalf of Debtor Hassan N Awan bklinderlaw@aol.com, bklinderlaw@aol.com;klinder180@aol.com
Mariann Pogge mpogge@epitrustee.com, mpogge@ecf.epiqsystems.com
Timothy E Ruppel on behalf of U.S. Trustee U.S. Trustee tim.ruppel@usdoj.gov, timmy.ruppel@gmail.com
U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 4